

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00799-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

### ORDER

On October 24, 2018, relator filed a petition for writ of mandamus complaining the trial court has not ruled on his "Motion for Entry of No Answer Default." The respondent and real party in interest declined to file a response. After reviewing the petition, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. Tex. R App. P. 52.8(c).

The Honorable Sid L. Harle is ORDERED to rule on relator's "Motion for Entry of No Answer Default" within fourteen days from the date of this order. The writ will issue only if we are notified that Judge Harle has failed to act as directed within fourteen days from the date of this order.

Relator's pro se motion to compel this court to immediately rule on his petition for writ of mandamus is DENIED AS MOOT.

It is so **ORDERED** on December 19, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Sid L. Harle presiding.